# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MONACO VILLA CONDOMINIUM OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, | CASE NO. C18-1330 MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Having read the Parties' Stipulated Motion for Dismissal (Dkt. No. 15), the Court GRANTS the Motion and dismisses all claims in this action without prejudice and without fees or costs awarded to either party.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 22, 2019.

Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1